UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

MAUREEN WEEKS,

                    Plaintiff

v.

LOWER PIONEER VALLEY
EDUCATIONAL COLLABORATIVE,

                    Defendant

## COMPLAINT AND JURY DEMAND

### Parties

1. The Plaintiff, Maureen Weeks, ("Plaintiff") is a natural person, currently residing as 102 Meadowbrook Road, Longmeadow, Hampden Country, Massachusetts.

2. The Defendant, Lower Pioneer Valley Educational Collaborative, ("Defendant") is a business located at 174 Brush Hill Avenue, West Springfield, Hampden County, Massachusetts.

### Jurisdiction

3. This Court has jurisdiction over the claims set forth herein, pursuant to 28 U.S.C. § § 1331 and 1332 and otherwise. There are federal questions of law and the amount in controversy is in excess of $75,000.00.

## Facts

4.  The Plaintiff was hired by the Defendant on or about August 28, 2013 as a nurse leader.

5.  The Plaintiff performed her job responsibilities well throughout the course of her employment with the Defendant.

6.  The Plaintiff is sixty-one years of age.

7.  During the course of the Plaintiff's employment with the Defendant, the Plaintiff was discriminated against and harassed based upon her age.  For example, Cheryl Decoteau, Director of Human Resources for the Defendant, stated to the Plaintiff that she was "surprised at [her] age" and "that [she was] still working." On another occasion, the Plaintiff's supervisor, Judy Kelleher stated to the Plaintiff that she was "probably getting too old to do this kind of work."  On another occasion, Marisa Ross, the Plaintiff's supervisor, made a comment to the effect that the Plaintiff "will be retiring soon" when, in fact, the Plaintiff had no intentions of retiring at any point in the near future.  In addition, Melanie Feinberg, nurse's assistant at the Defendant, made multiple discriminatory and harassing comments to the Plaintiff based upon her age such as telling the Plaintiff that she was just like her mother, in that the Plaintiff "shouldn't be working anymore either."  There are other examples as well.

8.  The Plaintiff resisted and reported the discriminatory and harassing comments to management of the Defendant.  Yet, no action was ever taken by the Defendant to stop or remedy the discrimination and harassment based upon the Plaintiff's age.

9.  After complaining of discrimination and harassment based upon the Plaintiff's age to the management of the Defendant, on or about October 28, 2013, the Plaintiff was retaliated against and placed on administrative leave for false reasons.

10. The Plaintiff's employment with the Defendant was subsequently terminated for the same alleged false reasons on or about November 1, 2013.

11. The Plaintiff has satisfied the prerequisites to filing suit.

<u>Count I</u>
**(Age Discrimination in Employment Act ("ADEA") – Age Discrimination)**

12. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

13. The Plaintiff is over the age of forty.

14. The Plaintiff was discriminated against and treated adversely by the Defendant based upon the Plaintiff's age of sixty-one years.

15. The Plaintiff's employment with the Defendant was terminated, and her employment was otherwise adversely affected based upon the Plaintiff's age.

16. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Maureen Weeks, respectfully requests a judgment against the Defendant, Lower Pioneer Valley Educational Collaborative, and for all damages available pursuant to the ADEA.

<u>Count II</u>
**(ADEA – Age Harassment)**

17. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

18. The Plaintiff is over the age of forty.

19. The Plaintiff was harassed and treated adversely by the Defendant based upon the Plaintiff's age of sixty-one years.

20. The Plaintiff's employment with the Defendant was terminated and her employment was

otherwise adversely affected based upon the Plaintiff's age.

21. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this harassing conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Maureen Weeks, respectfully requests a judgment against the Defendant, Lower Pioneer Valley Educational Collaboration, and for all damages available pursuant the ADEA.

## Count III
### (ADEA – Retaliation)

22. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

23. The Plaintiff is over the age of forty.

24. The Plaintiff was discriminated against, harassed and otherwise treated adversely by the Defendant based upon the Plaintiff's age of sixty-one years.  The Plaintiff's employment with the Defendant was terminated.

25. The Plaintiff resisted and reported the discrimination and harassment against her based upon her age.

26. The Plaintiff's employment with the Defendant was terminated and her employment was otherwise adversely affected based upon the Plaintiff's age.

27. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this discriminatory, harassing and retaliatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Maureen Weeks, respectfully requests a judgment against the Defendant, Lower Pioneer Educational Collaborative, and for all damages available pursuant to the ADEA.

4

**Count IV**
**(M.G.L. c. 151B – Age Discrimination)**

28. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

29. The Plaintiff is over the age of forty.

30. There is direct evidence of discriminatory animus by the Defendant against older employees, including but not limited to, the discriminatory comments regarding age discussed above.

31. The Plaintiff's employment with the Defendant was terminated, and her employment with the Defendant was otherwise adversely affected, based upon her age of sixty-one years.

32. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Maureen Weeks, respectfully requests a judgment against the Defendant, Lower Pioneer Valley Educational Collaborative, and for all damages available pursuant to M.G.L. c. 151B.

**Count V**
**(M.G.L. c. 151B – Age Harassment)**

33. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

34. The Plaintiff is over the age of forty.

35. There is direct evidence of discriminatory animus by the Defendant against older employees, including but not limited to, the discriminatory and harassing comments regarding age discussed above.

5

36. The Plaintiff's employment with the Defendant was terminated, and her employment with the Defendant was otherwise adversely affected, based upon her age of sixty-one years.

37. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this harassing conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Maureen Weeks, respectfully requests a judgment against the Defendant, Lower Pioneer Valley Educational Collaborative, and for all damages available pursuant to M.G.L. c. 151B.

## Count VI
### (M.G.L. c. 151B – Retaliation)

38. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

39. The Plaintiff was discriminated against, harassed and otherwise treated adversely by the Defendant based upon her age of sixty-one years.

40. There is direct evidence of discriminatory animus by the Defendant against older employees, including but not limited to, the discriminatory and harassing comments referenced above.

41. The Plaintiff resisted and reported the discriminatory and harassing comments as well as the adverse actions taken against her by the Defendant. The Plaintiff's employment with the Defendant was terminated and otherwise adversely affected in retaliation for her resistance and reporting of the discrimination and harassment based upon the Plaintiff's age.

42. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Maureen Weeks, respectfully requests a judgment against the Defendant, Lower Pioneer Valley Educational Collaborative, and for all damages available pursuant to M.G.L. c. 151B.

**THE PLAINTIFF DEMANDS A JURY TRIAL AGAINST THE DEFENDANT ON ALL COUNTS SO TRIABLE PURSAUNT TO RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND OTHERWISE.**

Respectfully submitted,

The Plaintiff
MAUREEN WEEKS
By Her Attorney

/s/ Michael O. Shea                         Dated:  May 28, 2014
MICHAEL O. SHEA, ESQ.
BBO No.: 555474
Law Office of Michael O. Shea, P.C.
3 Crane Park, Suite 7
Wilbraham, MA 01095
Telephone: (413) 596-8005
Facsimile: (413) 596-8095